[No. 16612-3-I.   Division One.   February 23, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. KIRK W. BYRD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-8-01378-8, James D. McCutcheon, Jr., J., entered June 5, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 16799-5-I.   Division One.   February 23, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL GWILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-00677-8, Anne L. Ellington, J., entered July 8, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 7546-0-III.   Division Three.   February 24, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD BUCHANAN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 85-8-00324-1, John G. Carroll, J. Pro Tem., entered November 22, 1985. *Affirmed* by unpublished per curiam opinion.